# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RICARDO RAMIREZ-RAMIREZ | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-13-00323-001 LHK<br>BOP Case Number: DCAN513CR000323-001<br>USM Number: 61052-097<br>Defendant's Attorney: Robert Carlin/Cynthia Lie |

**THE DEFENDANT:**
[x] admitted guilt to violation of condition(s) Special Condition No. 2 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

Filed
JUL 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 02 | Failure to Report to the Probation Officer as Directed | July 15, 2010 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] All other charges are charges are dismissed and discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: None | July 17, 2013<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: 1975 | *Lucy H. Koh* |
| Defendant's USM No.: 61052-097 | Signature of Judicial Officer |
| Defendant's Residence Address:<br>None | |
| Defendant's Mailing Address:<br>None | Honorable Lucy H. Koh, U. S. District Judge<br>Name & Title of Judicial Officer<br><br>7/19/13<br>Date |

DEFENDANT: RICARDO RAMIREZ-RAMIREZ  Judgment - Page 2 of 2
CASE NUMBER: CR-13-00323-001 LHK

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 months.

This term shall be served concurrently with the 47-month term imposed on Docket No. CR 10-00897-01 LHK.

[x]  The Court makes the following recommendations to the Bureau of Prisons:
     Placement in California.

[x]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal